# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,        Civil Case No.: 06-10034
                                                       Criminal Case No.: 95-80225

v.

                                                         JUDGE PAUL D. BORMAN
OTIS PARIS,                                         MAG. JUDGE PAUL J. KOMIVES
                                                        UNITED STATES DISTRICT COURT

        Defendant/Petitioner.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING DEFENDANT/PETITIONER'S MOTION TO VACATE SENTENCE

Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying Defendant's Motion to Vacate Sentence. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation DENYING Plaintiff's Motion to Vacate Sentence.

**SO ORDERED**.

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 16, 2006.

                                                      s/Jonie Parker
                                                     Case Manager