# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 95-80225-1 |
| OTIS PARIS ) | USM No: 20205-039 |
| Date of Previous Judgment: 6/17/1996 ) | JOAN MORGAN |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __210__ months **is reduced to** __168 months each count concurrently__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

**FILED**
APR 18 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Except as provided above, all provisions of the judgment dated __6/17/1996__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/17/2008             s/Paul D. Borman
                                                         Judge's signature

Effective Date: _____            Paul D. Borman, U.S. District Judge
(if different from order date)                   Printed name and title