UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         CASE NO. 95-80225

v.                                       PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

OTIS PARIS,

      Defendant,
_____/

**ORDER DENYING DEFENDANT'S MOTION**
**CORRECTING OR REDUCING SENTENCE**

The Court denies defendant's motion because the sentence did not result from arithmetical, technical or other clear error.

**SO ORDERED**.

                                    s/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: June 16, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 16, 2008.

                                    s/Denise Goodine
                                    Case Manager